# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **RUSLAN SULEIMANOV** | **CASE NO. 1:25-CV-00832 SEC P** |
| **VERSUS** | **CHIEF JUDGE DOUGHTY** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,** *ET AL.* | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 17], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS HEREBY ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 17] is **GRANTED**, and the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 5th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE